*Daniel,* Franklin App. Nos. 05AP–564 and 05AP–683, 2006-Ohio-4627; and briefing schedule stayed.
    RESNICK and PFEIFER, JJ., dissent.

**2006–1942.   In re K.M.**
Cuyahoga App. Nos. 87882 and 87883, 2006-Ohio-4878. Discretionary appeal accepted; cause held for the decision in 2006–1695, *In re Adams,* Cuyahoga App. No. 87881; and briefing schedule stayed.

**2006–2041.   State v. Ratliff.**
Franklin App. No. 06AP–84, 2006-Ohio-5785. Discretionary appeal accepted; cause held for the decision in 2006–1245 and 2006–1383, *State v. Payne,* Franklin App. No. 05AP–517, 2006-Ohio-2552; cause consolidated with 2006–2124, *State v. Ratliff,* Franklin App. No. 06AP–84, 2006-Ohio-5785; and briefing schedule stayed.
    PFEIFER, J., dissents.

